UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL J. CARTER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:08-CV-00357-B |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR, TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISIONS, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendation (doc. 15) on Petitioner Michael J. Carter's petition for habeas corpus relief. Although Petitioner had requested and was granted an extension of time in which to file his objections, Petitioner has failed to file any objection to the Magistrate Judge's findings and recommendations by the November 4, 2008 deadline set by Order of this Court (doc. 17). In the absence of objections, the Court reviews the Magistrate Judge's finding and recommendations for clear error. *See* FED. R. CIV. P. 72(b)(3) advisory committee notes 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Findings, Conclusions, and Recommendations are correct and free of clear error.

It is therefore **ORDERED** that the Findings, Conclusions and Recommendation of the United States Magistrate Judge (doc. 15) are **ADOPTED**. The petition for habeas corpus relief (doc. 1) is hereby **DENIED** and **DISMISSED**.

**SO ORDERED.**

**SIGNED January 5, 2009**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE